## CONDRA v. STATE.     (No. 6702.)

(Court of Criminal Appeals of Texas.    Feb. 22, 1922.)

Criminal law ⚖⇒1094—Judgment affirmed in absence of statement of facts and bill of exceptions.

Where the record on appeal from a conviction for negligent homicide contained no statement of facts or bills of exception, the indictment sufficiently charged the offense, the charge sufficiently presented its elements to the jury, and no error in procedure appeared, the conviction will be affirmed.

Appeal from Criminal District Court, Dallas County; Robert B. Seay, Judge.

G. J. Condra was convicted of negligent homicide, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in criminal district court No. 1 of Dallas county of the offense of negligent homicide, and his punishment fixed at one year in the county jail.

The record is before us without any statement of facts or bills of exception. The indictment sufficiently charges the offense, and

its elements are sufficiently presented to the jury by the charge of the court below. No error appearing in the matter of procedure, the judgment of the trial court will be affirmed.